Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840       JS 6
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248

Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

-----------------------------------------------------------------

| | |
|---|---|
| **ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC),**<br><br>Plaintiff,<br><br>-against-<br><br>CHRISTOPHER MARTIN TOLONE, Individually, and as officer, director, shareholder, and/or principal of BIG ROCK INN, LLC, d/b/a BIG ROCK INN, a/k/a BIG ROCK, and BIG ROCK INN, LLC, d/b/a BIG ROCK INN, a/k/a BIG ROCK,<br><br>Defendants. | **ORDER LODGING NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**<br><br>Civil Action No. 2:10-CV-07986-DSF-AGR |

-----------------------------------------------------

The above-styled and numbered cause of action having been filed with the Court, it is, therefore, and the Plaintiff's Notice of Lodging Settlement having been considered, it is

1 **ORDERED** that the above the Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants.

**DATED: 11/29/10**  _____

**HON. DALE S. FISCHER**